Katherine Watt, appellee, v. Marshall Field & Company, appellant. Gen. No. 33,433.

Opinion filed July 3, 1929.

Benson Landon and Frank P. Leffingwell, for appellant; Benson Landon, of counsel. Golden, Kagan & Whiteside, for appellee; John J. Whiteside and William Y. Baird, of counsel.

Mr. Justice Scanlan delivered the opinion of the court.

Joseph M. Fleming, appellee, v. Dominick Marubio, appellant. Gen. No. 33,472.

Opinion filed July 3, 1929. Rehearing denied July 12, 1929.

N. Rothblum, for appellant. Philip Rosenthal and Stuart B. Krohn, for appellee.

Mr. Justice Scanlan delivered the opinion of the court.

The Foreman Trust & Savings Bank (complainant), appellee, v. American Sash & Door Company et al., defendants, on appeal of American Sash & Door Company (defendant), appellant. Gen. No. 33,658.

Opinion filed July 3, 1929.

Benjamin Rosenberg, for appellant. No appearance for appellee.

Mr. Presiding Justice Wilson delivered the opinion of the court.

Frank Blaurock et al., appellees, v. Gabel Packing Company et al., appellants. Gen. No. 33,660.

Opinion filed July 8, 1929.

Lewis F. Jacobson, Roy C. Merrick and Sidney C. Nierman, for appellants. Krinsky, Levitan & Glassner, for appellees.

Mr. Presiding Justice McSurely delivered the opinion of the court.